**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | ) | |
|     SHERRI L SENCHISEN, | ) | Case No. 21-21297 GLT |
| | ) | |
|     Debtor. | ) | Chapter 13 |
| | ) | |
| SHERRI L. SENCHISEN, | ) | |
| | ) | Docket No. 20 |
| | ) | |
|     Movant, | ) | Related to Docket No. 19 |
| | ) | |
|     vs. | ) | Hearing Date & Time: 8/18/2021 at 1:00 p.m. |
| | ) | |
| NO RESPONDENTS. | ) | |

**NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF SHERRI L. SENCHISEN FOR MOTION TO DISMISS**

TO THE RESPONDENT(s):

    You are notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to serve with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than July 2, 2021 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at http://www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and Motion to a lawyer at once.

    A video conference hearing will be held on August 18, 2021 at 1:00 p.m. before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than **4 p.m. on the business day** prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's *Modified Procedures for Remote Participation* (effective October 1, 2020), (which can be found

at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

     Only a limited time of (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service:   June 15, 2021; service by U.S. Mail and electronic filing.

                                                    By:   /s/ Rodney D. Shepherd
                                                           Rodney D. Shepherd, Esquire
                                                           Attorney for Movant/Applicant
                                                           PA I.D. No. 56914
                                                           rodsheph@cs.com

                                                           2403 Sidney Street
                                                           Suite 208
                                                           Pittsburgh, PA  15203
                                                           (412) 471-9670