FILED
6/29/2021
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**\*FILING FEE PAID\*** (Yes) ___ No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Senchisen, Sherri__  JAD/TPA/CMB/(GLT)

Case Number: __21-21297__

Date of Meeting: __6__ / __28__ / __21__   Recording # _____
Debtor(s) present ___ or Not Present ✓, (___ No Payments Made or ✓ partial payments)
Attorney for debtor(s) __Shephera Rodney__ (Present ✓ or Not Present ___)
Date of Plan at § 341: __5-29-21__   Applicable commitment period ✓ 3 yrs ___ 5 yrs

Debtor did not appear.

Per counsel, Debtor wishes to have case dismissed

Motion to dismiss was filed 6-15-21 (doc 19) and is scheduled
for hearing 8-18-21

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD         ___ Order to Show Cause Requested
                            ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due:_____; Objections due:_____

✓ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
       ___ 341 Meeting   OR _____ Conciliation Conf. OR ___ *Contested Hearing
       On _____ at _____ am/pm Location _____

_Kate DeSimone_
Chapter 13 Trustee/Attorney for Trustee