## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.21-21297 GLT |
| SHERRI L. SENCHISEN, ) | |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| ) | |
| SHERRI L. SENCHISEN, ) | |
| ) | |
| ) | |
| ) | |
| Movant, ) | |
| ) | Docket No. 27 |
| ) | Related to Docket No.: 19, 20 |
| vs. ) | |
| ) | Hearing Date & Time: 8/18/2021 at 1:00 p.m. |
| SELECT PORTFOLIO ) | |
| SERVICES, ET. AL. AND ) | |
| RONDA J. WINNECOUR, ) | |
| ) | |
| Respondents. ) | |

### CERTIFICATE OF NO OBJECTION REGARDING
### MOTION TO DISMISS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss has been received. The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss appears thereon. Pursuant to the Hearing Notice attached with the Motion to Dismiss, objections to the Motion to Dismiss were to be filed and served no later than July 2, 2021.

It is hereby respectfully requested that an order be entered by the Court with respect to the Motion to Dismiss.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670