**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SHERRI L. SENCHISEN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:21-21297 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/29/2021 and confirmed on 01/01/1900. The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 274.00 |
| Less Refunds to Debtor | 256.19 | |
| TOTAL AMOUNT OF PLAN FUND | | 17.81 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 17.81 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17.81 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CSMC 2019-RPL7 TRUST<br>Acct: 7864 | 101,486.00 | 0.00 | 0.00 | 0.00 |
| MUNICIPALITY OF BETHEL PARK (SWG)<br>Acct: S256 | 360.79 | 0.00 | 0.00 | 0.00 |
| MUNICIPALITY OF BETHEL PARK (SWG)<br>Acct: S256 | 22.95 | 0.00 | 0.00 | 0.00 |
| | \* \* \* N O N E \* \* \* | | | |
| **Priority** | | | | |
| RODNEY D SHEPHERD ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHERRI L. SENCHISEN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHERRI L. SENCHISEN<br>Acct: | 256.19 | 256.19 | 0.00 | 0.00 |
| LAW OFFICES OF RODNEY SHEPHERD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RODNEY D SHEPHERD ESQ<br>Acct: | 300.00 | 0.00 | 0.00 | 0.00 |

| 21-21297 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| ALLEGHENY HEALTH NETWORK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC.<br>Acct: 6932 | 7,398.91 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC*<br>Acct: 1368 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FOR CON<br>Acct: 4808 | 1,282.53 | 0.00 | 0.00 | 0.00 |
| CREDIT FIRST NA*<br>Acct: 2101 | 1,224.54 | 0.00 | 0.00 | 0.00 |
| JEFFERSON REGIONAL MED CNTR<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MEDFINANCIAL<br>Acct: 2540 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 9635 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN BURKLEY PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 0.00 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 101,869.74 |
| UNSECURED | 9,905.98 |

Date: 09/10/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com