FILED
9/24/21 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-21297-GLT |
| | : | Chapter: | 13 |
| Sherri L. Senchisen | : | | |
| | : | | |
| | : | Date: | 9/22/2021 |
| *Debtor(s).* | : | Time: | 11:00 |

-

## PROCEEDING MEMO

-

**MATTER:**          #1 - Hearing to Evaluate the Reasonableness and Sufficiency of
the Fees in Light of the Short Duration of this case.

**APPEARANCES**:

Debtor:      Rodney D. Shepherd
Trustee:     Owen Katz

**NOTES: [11:16am]**

Petition filed on May 29, 2021;   17 days later, motion to dismiss.

Court: Should this case have been filed?
Shepherd: Yes, I was under the impression that chapter 7 could still be an option

Shepherd: Chapter 13 filed strategically for the sale of the debtor's house; debtor would fail liquidation test under chapter 7
-Mortgage arrears were the precipitous cause for filing

Court: So the schedule lists the house's value as  $128,000

Shepherd: Yes and the expectation was that the house's value to go up   maybe as high as $200,000
Court: Okay, so were the schedules inaccurately filed with respect to this increased value?
Shepherd: No, this must have been an inadvertent mistake

Shepherd:  Plan payment would be $274; debtor indicated that she could not make the payments
-Afterwards, debtor reached out to me and said "she felt that she had to do this"

Court's Questioning of Line Items:
-Line item for 1 hour of work charged at an attorney rate, motion to dismiss including 3 paragraphs
-Administrative work being billed a full attorney hourly rate
-Reviewing notices of appearance
-Why would there be a need to review after the motion to dismiss?

Court's conclusions:
-Schedules were prepared carelessly, especially if selected 13 over 7 because of increased home value.
-Question whether the fees were a benefit to the debtor, especially in light of debtor's doubts about filing a chapter 13 case from the outset
-Making an offset to the motion to dismiss allowing fees of $1,141.16
-Seeking status report ensuring that fees are paid back to the debtor

**OUTCOME:**

1. The *Hearing to Evaluate the Reasonableness and Sufficiency of Attorney Fees* is  CONCLUDED.

2. In light of Debtor's dismissal, the Court was prompted to analyze fees under Section 329. After determining that some of the work completed provided no benefit to Debtor, the Court finds $1,118.01 in fees and $23.15 in costs to be appropriate. But the amount of $58.84 is deemed excessive for the reasons stated on the record. On or before October 22, 2021, Attorney Shepherd   shall refund $58.84 to the debtor and file a status report confirming the same. Upon proof that the subject fees were refunded, the clerk will be authorized to close the case. [Chambers to Issue]

**DATED:**  9/22/2021